IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO.: 1:05cr40-SPM/AK

EDUARDO ACOSTA, et al.,

       Defendant.
_____/

## ORDER TO UNSEAL INDICTMENT

All of the defendants in this case having made an initial appearance, thus obviating the need to keep the indictment sealed, it is

ORDERED AND ADJUDGED:

1. The Government's Motion to Unseal Indictment (doc. 88) is granted.

2. The clerk shall unseal the indictment.

DONE AND ORDERED this 18th day of October, 2005.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge