**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                                           **CASE 1:05-cr-40  SPM**

**EDUARDO ACOSTA, et. al.**
_____/

**ORDER OF DESIGNATION**

The Court finds that pursuant to Rule 604 of the Federal Rules of Evidence, that **GABRIELA LONCAR and DONALD P. FARQUHARSON** are certified experts as bilingual interpreters for the **Spanish language**, and that the defendants in this cause are unable to comprehend the English language.

Therefore, pursuant to the Court Interpreters Act it is:

**ORDERED** that **GABRIELA LONCAR and DONALD P. FARQUHARSON** are hereby designated as interpreters in this cause to provide the defendants with those services necessary to enable them to comprehend these proceedings, in the Courtroom or in Chambers; to present their testimony; to communicate with the presiding judicial officer; to communicate with the probation officer; or to communicate with counsel in the Courtroom, in Chambers, or in the immediate environments of the Courtroom in connection with the ongoing proceedings in this case before the presiding judicial officer.

**DONE** and **ORDERED** this 23rd day of March, 2006, nunc pro tunc to February 14, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge