IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO.: 1:05cr40-SPM/AK

EDUARDO ACOSTA,

      Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, EDUARDO ACOSTA, to Count One of the superseding indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

      DONE AND ORDERED this 26th day of May, 2006.

                  *s/ Stephan P. Mickle*
                  Stephan P. Mickle
                  United States District Judge