IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:05cr40-SPM

EDUARDO ACOSTA,
YAIMA GONZALEZ, et al.,

          Defendants.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, the motions to continue sentencing (docs. 266

and 267) filed by Defendants Eduardo Acosta and Yaima Gonzalez are granted.

The sentencing hearings for Defendants Eduardo Acosta and Yaima Gonzalez

are reset for 1:30 p.m. on September 5, 2006.

SO ORDERED this 27th day of June, 2006.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge