IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.    CASE NO.: 1:05cr40-SPM

EDUARDO ACOSTA, et al.,
      Defendants.
_____/

## ORDER HOLDING ADJUDICATORY HEARING IN ABEYANCE

This cause comes before the Court on the Unopposed Motion for Continuance of Ancillary Procedure Pending Informal Mediation (doc. 278) filed on behalf of Claimant Greidys Valle by Attorney Collen M. Dunne. In the motion, the claimant explains that she is working with the Government toward a settlement of the outstanding criminal forfeiture matters. She asks that an adjudicatory hearing be held in abeyance while the parties negotiate. The Government does not oppose. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 278) is granted.

2.    On or before July 31, 2006, the parties shall file a report on their progress toward settlement and the need for additional time, if any.

DONE AND ORDERED this 5th day of July, 2006.

               *s/ Stephan P. Mickle*
               Stephan P. Mickle
               United States District Judge