IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 1:05cr40-SPM

EDUARDO ACOSTA, et al.,

    Defendants.
_____/

## SECOND ORDER HOLDING ADJUDICATORY HEARING IN ABEYANCE

Upon consideration of the Status Report and Request for Additional Time (doc. 299) filed by attorney Dunne on behalf of Claimant Greidys Valle, it is

ORDERED AND ADJUDGED:

1. The request is granted and the adjudicatory hearing will be held in abeyance while the parties continue their negotiations.

2. On or before August 31, 2006, the parties shall file a report on their progress toward settlement and the need for additional time, if any.

DONE AND ORDERED this 27th day of July, 2006.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge