IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                  CASE NO.: 1:05cr40-SPM

EDUARDO ACOSTA,

　　　　　Defendant.
_____/

## ORDER CONTINUING SENTENCING

　　　　　For good cause shown, Defendant Eduardo Acosta's unopposed motion

to continue sentencing (doc. 329) is granted.  The sentencing hearing for

Defendant Eduardo Acosta is reset for 1:30 p.m. on Tuesday, September 12,

2006.

　　　　　SO ORDERED this 1st day of September, 2006.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge